IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JANE DOE, <br><br> v. <br><br> TRX INSURANCE SERVICES AND RICHARD METZ | CIVIL ACTION <br> NO. 20-4095 |
|---|---|

## ORDER RE: MOTION TO DISMISS AND/OR STRIKE

**AND NOW,** this 20th day of April, 2021, upon consideration of Defendants' Motion to Dismiss and/or Strike (ECF 14) and Plaintiff's Response in Opposition (ECF 15) and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that:

- Defendants' Motion to Dismiss is DENIED as to Counts I through VIII;

- Defendants' Motion to Dismiss is GRANTED as to Counts IX through XII, which are dismissed without prejudice and with leave to amend when the Pennsylvania Human Relations Commission loses its exclusive jurisdiction; and

- Defendants' Motions to Strike are DENIED.

**BY THIS COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-4095 Doe v TRX Insurance\20cv4095 Order re Motion to Dismiss 04122021.docx